858

No. 131, Misc. TOLER *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 132, Misc. SCOTT *v.* CITIZENS NATIONAL BANK OF LOS ANGELES. Supreme Court of California. Certiorari denied.

No. 134, Misc. ALDRIDGE *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 136, Misc. MILLS *v.* HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 137, Misc. SETH *v.* BRITISH OVERSEAS AIRWAYS CORP. C. A. 1st Cir. Certiorari denied. *John M. Hall* for petitioner. *George N. Tompkins, Jr.,* for respondent.

No. 138, Misc. MOLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Lawrence C. Moore* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 139, Misc. PULLITE *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 142, Misc. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Mavisack* for the United States.

No. 150, Misc. SIMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.